IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY LEE GORDON, JR.,            )
                                 )
            Plaintiff,            )
                                 )
      v.                         )      CASE NO. 2:06-CV-930-WKW
                                 )
UNITED STATES OF AMERICA,         )
                                 )
            Defendant.            )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 25),[1] and upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED, that Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED, and that this case is DISMISSED with prejudice.  An appropriate judgment will be entered.

DONE this 14th day of November, 2008.

            /s/  W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a Motion for Extension of Time to File Objections (Doc. # 26), which the Magistrate Judge granted, extending the deadline for objections from October 24, 2008, to November 3, 2008 (Doc. # 29).  As of November 12, 2008, however, no objections had been filed.